IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07CV98**

| | |
|---|---|
| GEORGE McVAY and FRANCES McVAY, t/a QUINCY'S TOWING AND TRANSPORT,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>AAA CAROLINAS,  )<br>Defendant.  )<br>) | **ORDER** |

THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of Initial Attorneys' Conference [doc. 8]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, June 13, 2007, at 10:30 a.m.**.

IT IS SO ORDERED.

Signed: May 21, 2007

Graham C. Mullen
United States District Judge