IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-00098

| | |
|---|---|
| GEORGE MCVAY and FRANCES MCVAY, t/a QUINCY'S TOWING AND TRANSPORT, ) ) ) ) Plaintiffs, ) ) v. ) ) AAA CAROLINAS, ) ) Defendant. ) ) | **ORDER** |

THIS MATTER is before the Court on its own motion. AAA Carolinas, an organization of which I am a member, is the Defendant in this case. As a member of the organization, I do not feel comfortable presiding over this case when other judges, who are not members of AAA Carolinas, are available to hear the case.

Therefore, I request that the Chief Judge reassign this case to another judge who is not a member of AAA Carolinas.

Signed: June 4, 2007

Graham C. Mullen
United States District Judge